

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00401-CR

Juan Roberto **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1990CR1294
Honorable Christine Del Prado, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 14, 2024.

_____
Patricia O. Alvarez, Justice